NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRET MAYO,                              )
                                        )
            Appellant,                  )
                                        )
v.                                      )      Case No. 2D17-3142
                                        )
KERRY MAYO o/b/o N.G.M.,                )
                                        )
            Appellee.                   )
_____)

Opinion filed December 7, 2018.

Appeal from the Circuit Court for Hendry
County; James D. Sloan, Judge.

Fred R. Kahle of The Kahle Law Firm, P.A.,
Labelle, for Appellant.

No appearance for Appellee.

BLACK, Judge.

            Bret Mayo appeals the order entered in circuit court Case No. 17-DR-179

finding him in indirect criminal contempt for violating the terms of an injunction.  For the

reasons expressed in this court's decision in <u>Mayo v. Mayo</u>, No. 2D17-3140 (Fla. 2d

DCA Dec. 7, 2018), we reverse.[1]

       Reversed.


CASANUEVA and BADALAMENTI, JJ., Concur.

---

[1]It is noted that Kerry Mayo, the petitioner, did not initiate a contempt proceeding in circuit court Case No. 17-DR-179. Rather, Ms. Mayo only filed a petition in the related circuit court case, Case No. 17-DR-180. Nonetheless, the court ordered Mayo to show cause why he should not be held in contempt for violating the injunctions entered in Case No. 17-DR-179 and Case No. 17-DR-180. The court and the parties proceeded with the evidentiary hearing as to both circuit court cases, and following the hearing the court entered contempt orders in both circuit court cases. Because this deficiency was not raised by Mayo on appeal, it cannot serve as a basis for this court's reversal.